AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Easteren District of Louisiana

Vance Keith Wilson Jr.
_Petitioner_

v.

Case No. **21-1494 SECT.E MAG.5**
(Supplied by Clerk of Court)

Daniel Fleischman
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Vance Keith Wilson Jr.
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: ST. Tammany Parish Jail
   (b) Address: P.O. Box 908 Covington, LA 70434
      Physical: 1200 Champagne Dr. Covington, LA 70434
   (c) Your identification number: 217087
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other - explain:
   N/A
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: N/A
   (b) Docket number of criminal case: N/A
   (c) Date of sentencing: N/A
   ☐ Being held on an immigration charge
   ☐ Other (explain): N/A

TENDERED FOR FILING
EB
AUG 0 6 2021
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): __N/A__

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __22nd Judicial District Court P.O.Box 1090 Covington, LA 70434__
   (b) Docket number, case number, or opinion number: __3284-F-2020, 3285-M-2020__
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): __Petitioner's detention without bond and petitioner's bond revocation__

   (d) Date of the decision or action: __January 13, 2021__

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes    ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: __Louisiana Court of Appeals for the First Circuit__
       (2) Date of filing: __February 22, 2021__
       (3) Docket number, case number, or opinion number: __2021-KW-0167__
       (4) Result: __Writ Denied__
       (5) Date of result: __February 24, 2021__
       (6) Issues raised: __Unconstitutional attempted coerced guilty plea, which led to forced drug test, self administered. The district Court refused to verify with GC/MS labratory test which led to revoked bond. Bond was subsequently refused__

   (b) If you answered "No," explain why you did not appeal: __N/A__

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Supreme Court of Louisiana
   (2) Date of filing: On or about April 20, 2021
   (3) Docket number, case number, or opinion number: 2021-KK-00455
   (4) Result: Writ denied
   (5) Date of result: April 20, 2021
   (6) Issues raised: Unconstitutional attempted coerced guilty plea, Which led to forced drug test, self administered. The district Court refused to verify with GC/MS labratory test which led to revoked bond. Bond was subsequently refused.

(b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☑ Yes     ☐ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Louisiana Disciplinary Board
   (2) Date of filing: On or about July 20, 2021
   (3) Docket number, case number, or opinion number: 2021-INT-1031
   (4) Result: Enhanced Screening process
   (5) Date of result: July 20, 2021
   (6) Issues raised: Failure of attorney to abide by time limitations for Writ of certiorari to United States Supreme Court. Failure to file motions to district court on my behalf.

(b) If you answered "No," explain why you did not file a third appeal: N/A

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes     ☑ No
If "Yes," answer the following:
   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
   ☐ Yes     ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes  ☑ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes  ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number: N/A
(3) Result: N/A
(4) Date of result: N/A
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☒ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing: N/A
(3) Case number: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes  ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Motion to set bond.
(b) Name of the authority, agency, or court: Louisiana 22nd Judicial District Court.
(c) Date of filing: January 21, 2021
(d) Docket number, case number, or opinion number: 3284-F-2021
(e) Result: Denied
(f) Date of result: January 21, 2021
(g) Issues raised: Petitioner's illegally revoked bond. Petitioner's detention without bond.

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner's bond was illegally revoked.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
On January 12, 2021 the Court revoked Petitioner's bond due to the result of a drug test that was self administered by the court, ordered that day over Counsel's objection. Petitioner's has since that day been incarcerated in ST. Tammany Parish Jail without bond. Drug test was administered as a penalty for Petitioner's refusal to take a guilty plea on the aforementioned date.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

**GROUND TWO:** Petitioner's Counsel has failed to effectively represent him.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner's Counsel did not follow time limitations for submission for a Writ of certiorari to the United States Supreme Court. Petitioner's counsel's State court Writ of Certiorari to the First Circuit was littered with spelling errors. Petitioner's Counsel did not file motions as requested. Petitioner's counsel informed him that the work required to effectively represent him was "above his pay grade".

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes ☐ No

**GROUND THREE:** Petitioner's is being detained without a bond set.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner was previously allowed bond. It was set at $2500. He posted it and was set at liberty. Petitioner's bond was illegally revoked.
Petitioner currently has no bond set, though he attended all of his Court dates and has no open felony violent charges.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Prosecution and Petitioner's legal counsel threatened Petitioner with illegal sentence in an attempt to coerce Petitioner into taking a guilty plea

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner's counsel informed him that his nonviolent would be enhanced into a violent offence, if he did not accept a guilty plea.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: Quash petitioner's bill of information or restore Petitioner's liberty by restoring his posted bond and any other relif the Court deems proper and necessary.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
8-5-2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 8-4-2021

_Vance K. Wilson Jr._
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any



Vance Wilson #147087
PO Box 908 (STPJ)
Covington, LA 70434

United States District Court
Clerk of Court
500 Poydras St. Room C-151
New Orleans, LA 70130

NOT CENSORED
ST TAMMANY PARISH JAIL

