# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VANCE KEITH WILSON, JR., #217087** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1494** |
| **DANIEL FLEISCHMAN** | **SECTION: "E" (5)** |

## ORDER

**VANCE KEITH WILSON, JR.** has applied to this Court for a writ of habeas corpus. In order for the Court to determine the action, if any, that shall be taken on this application,

**IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of this application and this Order on the Attorney General for the State of Louisiana, the District Attorney, and the Clerk of Court for St. Tammany Parish, Louisiana.

**IT IS ORDERED** that the Attorney General and the District Attorney file an answer to the application, together with a legal memorandum of authorities in support of the answer within thirty (30) days of the date of service. The answer shall state whether petitioner had exhausted state remedies. In the event the state contends that it has been prejudiced in its ability to respond by petitioner's delay in filing or that the petition is a second or successive petition, the answer shall set forth such contention with particularity.

**IT IS FURTHER ORDERED** that the District Attorney for St. Tammany Parish, Louisiana shall file with the Court within thirty (30) days of the date of service a certified copy of the entire state court record, including transcripts of <u>all</u> proceedings held in the state courts, all documents filed in connection with any appeal or application for other

relief presented to any and all state district or appellate courts, and copies of all state court dispositions. In the event the District Attorney is unable to produce any of the above documents, he shall advise this Court in writing why he is unable to produce the record.

**IT IS FURTHER ORDERED** that the District Attorney shall file with the Court within thirty (30) days copies of all briefs and memoranda filed in connection with any appeal or other application presented to any and all state district and appellate courts.

**IT IS FURTHER ORDERED** that the Clerk of Court shall take necessary precautions to insure that the state court record is not damaged or destroyed and shall, within ninety (90) days of the finality of these proceedings, including any appellate proceedings, return the state court record to the Clerk of Court for St. Tammany Parish, Louisiana.

All state court documents which are to be filed pursuant to this Order should be addressed to the Office of the Clerk, Pro Se Unit, United States District Court, 500 Poydras Street, Room C-151, New Orleans, Louisiana 70130.

**New Orleans, Louisiana this 20th day of August, 2021.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**