UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VANCE KEITH WILSON, JR.,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | **NO. 21-cv-1494** |
| **VERSUS** | * | |
| | * | **SECTION "E" (5)** |
| **ROBERT FLEISCHMANN, WARDEN** | * | |
| **RESPONDENT** | * | |

**SUPPLEMENTAL RESPONSE TO PETITION FOR *HABEAS CORPUS* RELIEF**\*

MAY IT PLEASE THE COURT:

Petitioner Vance Keith Wilson, Jr. filed an application for habeas corpus relief under 28 U.S.C. § 2241 in August 2021 (Docs. 1, 4). In it, he challenged the various aspects of the proceedings in *State v. Wilson*, 3284-F-2020 (22nd JDC, St. Tammany). Petitioner Wilson has since pleaded guilty in that case. Exhibit 1 (minute entry); Exhibit 2 (commitment order).

"Claims for federal habeas relief of pretrial issues are mooted by a petitioner's subsequent conviction." *Dillon v. Jefferson Parish Courts and Jail,* 2006 WL 2349239, at *2 (E.D. La. Aug. 10, 2006) (collecting cases). A guilty plea is a conviction. *Boykin v. Alabama*, 395 U.S. 238, 243 & n. 4 (1969).

---

\* This pleading is filed a sa supplemental response, rather than a motion to dismiss, because counsel has been advised that motions to dismiss are not permitted in habeas corpus proceedings. See Wetzel v. Smith, Civ. A No.. 22-870, Docket Entry 19..

Because Wilson has pleaded guilty, his claims—all of which concern pretrial issues—are moot. His petition is therefore moot.

Considering the foregoing, the respondent respectfully prays that the instant § 2241 petition be dismissed as moot.

Respectfully Submitted,

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney
22nd Judicial District – Parishes of
    St. Tammany and Washington
701 N. Columbia Street
Covington, Louisiana 70433
Tel: (985) 809-8398
Email: mcaplan@22da.com

CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system..

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney
