

# Louisiana 22nd Judicial District Court, Parish of St. Tammany
## Minutes, 09/06/2022

### STATE OF LOUISIANA vs. WILSON, VANCE KEITH

**Case #:** 3284-F-2020  **Citation #:**

| | | | |
|---|---|---|---|
| **Hearing Type:** | Pre-Trial Conference | | |
| **Hearing Date:** | September 06, 2022 at 9:00 AM | **Location:** | Division E |
| **Heard by:** | Hon. William H. Burris | **Minute/Deputy Clerk:** | Angel Mouton |
| **Court Reporter:** | Kathleen Wells | **Court Interpreter:** | N/A |
| **Bailiff:** | Christy Vrettos | **ADA:** | Iain A Dover |

---

**CHARGES:**

1. RESISTING A POLICE OFFICER WITH FORCE/VIOLENCE
June 22, 2020 (Felony) 14:108.2 (141082)
2. POSSESS SCHEDULE II SUBSTANCE W/OUT VALID PRESCRIPTION/ORDER IN <2G
June 22, 2020 (Felony) 40:967 (C)(1) (40967C1)
3. HABITUAL OFFENDER BILL
September 06, 2022 (Felony) 15:529.1 (155291)

**APPEARANCES:**

VANCE WILSON, Defendant, present          CAMERON MARY, Attorney, present

STATE OF LOUISIANA, State, present

**PROCEEDINGS:**

The defendant being present in open Court attended by Counsel, asked leave of Court to withdraw the previously entered plea of not guilty and entered a plea of guilty; whereupon Court had the defendant sworn and questioned as to defendant s date of birth, address, and level of education, and if the defendant can read, write and understand the English language. Court questioned the defendant as to if they are under the influence of drugs, alcohol, or any other mind-altering substances. Court explained to the defendant the charges against them, the penalty for same and explained the indirect consequences of entering a guilty plea. Court informed the defendant that any subsequent convictions could result in greater penalties. Court asked the defendant if anyone has threatened, coerced or intimidated them to plead guilty today. Court further explained to the defendant the right to an attorney, whether retained or Court appointed, right to trial by a Judge or Jury, right to confront accusers, the right to subpoena witnesses, right against self-incrimination and the State would have to prove each and every element of the offense charged beyond a reasonable doubt. Court informed the defendant of the right to invoke the privilege against self-incrimination and remain silent, the right to appeal if found guilty at trial, and the right to Counsel for representation on appeal whether retained or Court appointed. The Court having determined that the defendant understands these constitutional rights as explained by the Court, that the defendant is waiving said rights, and that the defendant is satisfied with the advice received from competent Counsel. Court found that the defendant understands the nature of the charges and by pleading guilty is, giving up those constitutional rights, and that there could be collateral consequences to this plea. The defendant and Defense Counsel reviewed and signed a writte_____which was approved by the Court

GOVERNMENT EXHIBIT 1



**Louisiana 22nd Judicial District Court,
Parish of St. Tammany
Minutes, 09/06/2022**

Case Number: 3284-F-2020          Page 2 of 3

and filed herein. Court finds that there is a factual basis for the defendant's plea and that the plea is freely, intelligently, and voluntarily made, the Court accepted the defendant's plea of guilty and the defendant having waived all delays in sentencing.

VANCE K. WILSON being over 17 years of age and having entered a plea of guilty.

Further, this matter comes before the Court for Multiple Offender Arraignment against the defendant. Court read to the defendant the multiple offender bill of information in its entirety and advised him of his right to a multiple offender hearing, right to an attorney or Court appointed attorney, right to confront his accusers, right to cross-examination of witnesses, right to subpoena power of the Court, right against self-incrimination and right to appeal. Court called upon the defendant to answer to the Multiple Offender Bill and the defendant entered TRUE. Court finds the defendant to be a DOUBLE felony offender pursuant to Article 15:529.1.  And the Court further having found a factual basis for the guilty plea, accepted same and the defendant having waived all delays in sentencing, Court sentenced the Defendant as follows.

**PLEA/DISPOSITION:**

Plea Date: August 03, 2020
  1. RESISTING A POLICE OFFICER WITH FORCE/VIOLENCE
  Plea: Not Guilty
  2. POSSESS SCHEDULE II SUBSTANCE W/OUT VALID PRESCRIPTION/ORDER IN <2G
  Plea: Not Guilty


Disposition Date: September 06, 2022
  1. RESISTING A POLICE OFFICER WITH FORCE/VIOLENCE
  Disposition: Plead Guilty (Guilty Plea)
  2. POSSESS SCHEDULE II SUBSTANCE W/OUT VALID PRESCRIPTION/ORDER IN <2G
  Disposition: Plead Guilty (Guilty Plea)
  3. HABITUAL OFFENDER BILL
  Disposition: Plead Guilty (Guilty Plea)

---------------------------------------------------------------------------------------------------------------------

**SENTENCE AS TO COUNT 1:**
Confinement
    Start Date: 09/06/2022
    Agency: Department of Corrections Baton Rouge
    Sentence Term: 0 Year
    Other
    Details: **SEE HABITUAL OFFENDER SENTENCE**



# Louisiana 22nd Judicial District Court, Parish of St. Tammany
## Minutes, 09/06/2022

**Case Number: 3284-F-2020**   Page 3 of 3

**SENTENCE AS TO COUNT 2:**
Confinement
    Start Date: 09/06/2022
    Agency: Department of Corrections Baton Rouge
    Sentence Term: 2 Years
    Hard Labor
    Details: **Sentence to run concurrently with each other and with any and all other sentence defendant is serving.** Defendant given credit for time served since the date of arrest as indicated on the bill as June 22, 2020.

Further, Court advised the defendant has two years in which to file Application for Post-Conviction Relief.

**SENTENCE AS TO COUNT 3:**
Confinement
    Start Date: 09/06/2022
    Agency: Department of Corrections Baton Rouge
    Sentence Term: 6 Years
    Hard Labor
    Details: **Sentence to run concurrently with each other and with any and all other sentence defendant is serving.** Defendant given credit for time served since the date of arrest as indicated on the bill as June 22, 2020.

Further, Court advised the defendant has two years in which to file Application for Post-Conviction Relief.

--------------------------------------------------------------------------------
A TRUE EXTRACT OF THE MINUTES OF THIS COURT

_____
DEPUTY CLERK
22ND JUDICIAL DISTRICT COURT
ST. TAMMANY PARISH, LOUISIANA