# State of Louisiana Uniform Sentencing Commitment Order (One order per Docket)

| Judicial District: | 22nd Judicial District | Court Section: | Division E |
|---|---|---|---|
| Parish of Commitment: | St. Tammany Parish | Docket Number: | 3284-F-2020 |

## A. DEFENDANT/CASE IDENTIFIERS

| Name of Defendant: (1) | VANCE KEITH WILSON | DOB: (2) (MM/DD/YYYY) | 04/11/1984 | | |
|---|---|---|---|---|---|
| State ID Number (SID) (3) | LA-2342108 | Race: (4) | White | Sex: (5) | Male |

## B. SENTENCE

Select: (1)  __X__ Original  ____ Amended  ____ Revocation  __X__ Habitual (Docket # _____; Charge _____)

| # | Charges: (Revised Statute & Crime) (2) | | Number of Counts (3) | Verdict/ G Plea/ Nolo/NP (4) | Modifiers (5) | Total Sentence Length (6) YRS/MONTHS/DAYS | Amount of Time in DPS&C Custody (7) YRS/MONTHS/DAYS | Amount of time to be served without benefit, if applicable (8) |
|---|---|---|---|---|---|---|---|---|
| 1 | 14:108.2 | RESISTING A POLICE OFFICER WITH FORCE/VIOLENCE | 1 | PLEAD GUILTY | | SEE HABITUAL OFFENDER SENTENCE | | |
| 2 | 40:967 (C)(1) | POSSESS SCHEDULE II SUBSTANCE W/OUT VALID PRESCRIPTION/ORDER IN <2G | 1 | PLEAD GUILTY | | 2 YEARS | 2 YEARS | |
| 3 | 15:529.1 | HABITUAL OFFENDER BILL | 1 | PLEAD GUILTY | | 6 YEARS | 6 YEARS | |

## C. SENTENCE/OFFENSE DATES (MM/DD/YYYY):
(For each of the above numerated convictions)

| # | Offense Date (1) | Adjudication Date (2) | Sentence Date (3) | Adjudication as an Habitual Offender per R.S. 15:529.1 (4) | Date Original Sentence Vacated (5) | Revocation Date (6) |
|---|---|---|---|---|---|---|
| 1 | 06/22/2020 | 09/06/2022 | | 09/06/2022 | | |
| 2 | 06/22/2020 | 09/06/2022 | 09/06/2022 | | | |
| 3 | 09/06/2022 | 09/06/2022 | 09/06/2022 | | | |

## D. SENTENCE CONDITIONS: (Check all that apply)

__X__ YES  ____ NO   This sentence shall be concurrent with any or every sentence the offender is now serving. (1)

| If no to D.1, then | Docket Number(s) | Parish(es), Judicial District(s) of Docket Number(s) |
|---|---|---|
| __X__ Concurrent with: (2) | EACH OTHER AND WITH ANY AND ALL OTHER SENTENCE DENDENDANT IS SERVING | |
| ____ Consecutive to: (3) | | |

| X | Under the provision of C.Cr.P. Art. 880, defendant is given credit for time served. (4) |
|---|---|
|  | Under the provisions of C.Cr.P. Art. 890.1, this is a waiver of mandatory minimum sentence (excludes R.S. 14:2(B) & R.S. 15:541 et seq offenses) (5) |
| X | This defendant is subject to a multiple bill/habitual offender proceeding. (as per R.S. 15:529.1) (6)    **DOUBLE OFFENDER** |
|  | The defendant is sentenced in accordance with R.S. 13:5401 to participate in Reentry Court (7) |
|  | The defendant is ordered to report to start serving his/her sentence on: _____ (MM/DD/YYYY) (8) |
|  | The defendant is ordered to report to start serving a probation sentence upon conclusion of his/her hard labor sentence (split sentence) (9) |
|  | Under the provisions of C.Cr.P. Art. 895 and R.S. 15:541, et seq, the defendant shall comply with the Sex Offender Registration statute. (10) |

## E. REFERRALS TO DPS&C (Check all that apply) (See Instructions for More Information on these options.)

|  | Recommended for Substance Use Disorder Treatment Screening (1) |
|---|---|
|  | Recommended for Mental Health Evaluation (2) Copy by email to: mentalhealth@doc.la.gov |
|  | Recommended for Intensive Incarceration (3) Copy by email to: IntensiveIncarceration@doc.la.gov |
|  | Recommended for Immediate Screening for eligibility for Transitional Work Program (4) Copy by email to twprecommendations@doc.la.gov |

Comment: (5)

## F. INVOLVED PARTIES (Printed Names and Addresses)

| Minute Clerk: | Angel Mouton | Court Reporter: | KATHLEEN WELLS |
|---|---|---|---|
| Prosecutor: | IAIN DOVER | Defense Attorney: | CAMERON M MARY |
| Address: | 701 NORTH COLUMBIA STREET COVINGTON, LA 70433 | Address: | 4021 DESOTO STREET MANDEVILLE LA 70471 |

The above sentence, handed down in Open Court, is the order of this Court and this shall be sufficient warrant for its execution.
Thus Done and Signed this __6__ day of __SEPTEMBER__, 2022.

Judge's Signature

Judge's Name and Address:
**Honorable William H. Burris**
701 N. Columbia, Covington, LA 70433

**GOVERNMENT EXHIBIT 2**

Revised 2/26/2019