## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**VANCE KEITH WILSON, JR.,**                                    **CIVIL ACTION**

**VERSUS**                                                                **NO.  21-1494**

**DANIEL FLEISCHMAN**                                          **SECTION: "E" (5)**

### JUDGMENT

Considering the Court's Order and Reasons entered on January 6, 2023;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the federal application

for habeas corpus relief by petitioner, Vance Keith Wilson, Jr., is **DENIED AS MOOT**.

**New Orleans, Louisiana, this 6th day of January, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

1